OPINION — AG — THE CHARTER OF A CITY (REGARDLESS OF THE POPULATION OF SUCH CITY) CANNOT VALIDLY OR LAWFULLY PROVIDE FOR THE ELECTION OF A TREASURER FOR THE SCHOOL DISTRICT IN WHICH SUCH CITY IS LOCATED; AND THAT ANY CITY CHARTER PROVISIONS AUTHORIZING OR REGULATING THE ELECTION OF A SCHOOL DISTRICT TREASURER BY POPULAR VOTE ARE WITHOUT AUTHORITY OF LAW ARE INVALID. CITE: 70 O.S.H. 4-10, 70 O.S.H. 4-19 (J. H. JOHNSON)